IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MTE HOLDINGS LLC, *et al.*,[1] | ) | Case No. 19-12269 (CSS) |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |
| PILOT THOMAS LOGISTICS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 20-50553 (CSS) |
| | ) | |
| MDC ENERGY LLC, | ) | **RE: A.D.I. 7, 11** |
| MDC TEXAS OPERATOR LLC, | ) | |
| MDC REEVES ENERGY LLC, and | ) | |
| NATIXIS, NEW YORK BRANCH. | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER AUTHORIZING THE
STIPULATION STAYING SCHEDULING ORDER
PENDING LIEN VALIDITY AND PRIORITY PROCEDURES**

Upon consideration of the stipulation attached hereto as **Exhibit A** (the "Stipulation")[2]; and the Court having jurisdiction over the issuance of the relief mutually requested by the Parties to the Stipulation; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved in its entirety, and its terms are incorporated herein by reference as if fully set forth herein.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644). The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

[2] Capitalized terms not defined herein are used as in the Stipulation.

2. The Parties are authorized and empowered to take all actions necessary to implement the Stipulation.

3. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: June 12, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
**UNITED STATES BANKRUPTCY JUDGE**

# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re:<br><br>MTE HOLDINGS LLC, *et al.*,[3]<br><br>    Debtors.<br><br>PILOT THOMAS LOGISTICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MDC ENERGY LLC,<br>MDC TEXAS OPERATOR LLC,<br>MDC REEVES ENERGY LLC, and<br>NATIXIS, NEW YORK BRANCH.<br><br>    Defendants. | Chapter 11<br><br>Case No. 19-12269 (CSS)<br><br>**(**Jointly Administered)<br><br><br><br><br><br>Adv. Proc. No. 20-50553 (CSS) |

**STIPULATION STAYING SCHEDULING ORDER
PENDING LIEN VALIDITY AND PRIORITY PROCEDURES**

Plaintiff Pilot Thomas Logistics LLC ("Plaintiff"), together with Debtor Defendants MDC Energy LLC, MDC Texas Operator LLC, and MDC Reeves Energy LLC and Defendant Natixis, New York Branch (collectively, the "Defendants" and, together with the Plaintiff, the "Parties"), by and through their respective counsel, hereby enter into this stipulation (the "Stipulation") and represent and agree as follows:

---

[3] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644). The Debtors' address is 280 East 96th Street, Suite 210, Indianapolis, Indiana 46240.

## RECITALS

WHEREAS, on March, 30, 2020, the Plaintiff filed its *Complaint and Request for Declaratory Judgment to Determine Validity, Priority, and Extent of Mineral Liens on the Debtors' Property* [D.I. 1] initiating the above-captioned adversary proceeding (the "Adversary Proceeding");

WHEREAS, on May 1, 2020, the Court entered the Scheduling Order [D.I. 7] (the "Scheduling Order") setting forth various deadlines and requirements for the Adversary Proceeding;

WHEREAS, on April 29, 2020 and May 26, 2020, the Defendants each filed their answers [D.I. 5, 10] to the Complaint;

WHEREAS, on May 20, 2020, the Plaintiff filed its answer [D.I. 9] to the counterclaim asserted by Defendant Natixis, New York Branch;

WHEREAS, on June 2, 2020, the Court entered the *Order Establishing Procedures to Determine the Validity, Priority, and Extent of Liens Asserted by Statutory Lien Claimants* [Case No. 19-12269, D.I. 1150] (the "Lien Procedures Order") setting forth certain "Lien Validity and Priority Procedures" that encompass this Adversary Proceeding;

WHEREAS, the Parties agree that the Lien Procedures Order and the consolidated procedures set forth therein should precede the deadlines and requirements of the Scheduling Order;

**NOW THEREFORE**, it is hereby stipulated and agreed by and between the Parties to this Stipulation, through their undersigned counsel, that:

1. Subject to approval by the Court of this Stipulation, the Scheduling Order shall be stayed during the pendency of, and to the extent this Adversary Proceeding is governed by, the Lien Procedures Order.

2. Within fourteen (14) days of (i) the Adversary Proceeding and/or the claims asserted therein not being resolved under the Lien Procedures Order and (ii) the Adversary Proceeding and/or the claims asserted therein no longer being governed by the Lien Procedures Order, the Parties shall meet and confer regarding an amended scheduling order for the Adversary Proceeding and submit such amended scheduling order to the Court.

3. This Stipulation shall not be modified, altered, amended, or vacated without the prior written consent of all Parties hereto. Any such modification, alteration, amendment, or vacation in whole or part shall be subject to the approval of the Court.

4. This Stipulation is the entire agreement between the Parties in respect of the subject matter hereof.

5. This Stipulation may be signed in multiple counterparts.

6. Nothing in this Stipulation shall be construed as a waiver of any rights of the Parties or admission with respect to the chapter 11 cases or the Adversary Proceeding other than as modified herein.

7. The Parties reserve all of their rights with respect to any action or proceeding outside of the chapter 11 cases.

8. The Court shall retain exclusive jurisdiction to interpret, implement, and enforce the provisions of this Stipulation.

*[Signature pages follow]*

Dated: June 11, 2020

*/s/ Eric M. Sutty*
Rafael X. Zahralddin-Aravena (No. 4166)
Eric M. Sutty (No. 4007)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Email: rxza@elliottgreenleaf.com
ems@elliottgreenleaf.com

and

Joshua N. Eppich, Esq. (admitted *pro hac vice*)
Bryan C. Assink, Esq. (admitted *pro hac vice*)
J. Robertson Clarke, Esq. (admitted *pro hac vice*)
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, TX 76102
Telephone: (817) 405-6900
Email: Joshua@bondsellis.com
Bryan.Assink@bondsellis.com
Robbie.Clarke@bondsellis.com

*Counsel to Pilot Thomas Logistics, LLC*

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **BAYARD, P.A.** |
| */s/ David J. Mark* | */s/ Erin R. Fay* |
| Robert J. Dehney (No. 3578) | Erin R. Fay (No. 5268) |
| Eric D. Schwartz (No. 3134) | Daniel N. Brogan (No. 5723) |
| Daniel B. Butz (No. 4227) | 600 N. King Street, Suite 400 |
| 1201 North Market Street, 16th Floor | Wilmington, Delaware 19801 |
| P.O. Box 1347 | Telephone: (302) 655-5000 |
| Wilmington, Delaware 19899-1347 | Facsimile: (302) 658-6395 |
| Telephone: (302) 658-9200 | efay@bayardlaw.com |
| Facsimile: (302) 658-3989 | dbrogan@bayardlaw.com |
| Email: rdehney@mnat.com | |
|        eschwartz@mnat.com | - and - |
|        dbutz@mnat.com | |
| | **BRACEWELL LLP** |
| - and - | William A. (Trey) Wood III (admitted *pro hac vice*) |
| **KASOWITZ BENSON TORRES LLP** | 711 Louisiana Street, Suite 2300 |
| Andrew K. Glenn (admitted *pro hac vice*) | Houston, TX 77002 |
| Matthew B. Stein (admitted *pro hac vice*) | Telephone: (713) 221-1166 |
| David J. Mark (admitted *pro hac vice*) | Facsimile: (713) 221-1212 |
| 1633 Broadway | trey.wood@bracewell.com |
| New York, New York 10019 | |
| Telephone: (212) 506-1700 | David J. Ball (admitted *pro hac vice*) |
| Facsimile: (212) 506-1800 | Logan S. Kotler (admitted *pro hac vice*) |
| Email: AGlenn@kasowitz.com | 1251 Avenue of the Americas, 49th Floor |
|        MStein@kasowitz.com | New York, NY 10020 |
|        DMark@kasowitz.com | Telephone: (212) 508-6100 |
| | Facsimile: (212) 508-6101 |
| *Counsel for Debtors and Debtors in Possession* | david.ball@bracewell.com |
| | logan.kotler@bracewell.com |
| | |
| | Mark E. Dendinger (admitted *pro hac vice*) |
| | CityPlace I, 34th Floor |
| | 185 Asylum Street |
| | Hartford, CT 06103 |
| | Telephone: (860) 947-9000 |
| | Facsimile: (860) 404-397 |
| | mark.dendinger@bracewell.com |
| | |
| | *Counsel to Natixis, New York Branch as Administrative Agent and Lender* |

5